# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MILPRINT, INC., a Wisconsin corporation,

    Plaintiff,

v.                                                                                                      Civil No.: 05-C-972

HANSMANN'S MILLS, INC., a New York corporation,

    Defendant.

## ORDER FOR JUDGMENT

    The above-entitled matter came on before this Court pursuant to a Stipulation for Entry of Judgment duly executed by counsel of record for both parties to this action. The Court has reviewed the Stipulation of counsel and all of the files and records herein.

    **IT IS ORDERED AND ADJUDGED** that judgment shall be and hereby is entered on behalf of Plaintiff, Milprint, Inc., against Defendant, Hansmann's Mills, Inc., a New York corporation, in the sum of One Hundred Twenty-One Thousand Nine Hundred Fifty-Eight Dollars ($121,958.00).

    Dated this 21st day of June, 2007

                                                      BY THE COURT:

                                                      s/ William C. Griesbach
                                                      Honorable William C. Griesbach
                                                      United States District Court Judge